FRANK J. BRINKWORTH, Respondent, v. MARA FUEL COMPANY, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order strikes out certain paragraphs from defendant's amended answer in an action to recover commissions.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

LANG'S BAKERY, INCORPORATED, and HALL BAKING COMPANY, Respondents, v. THE CITY OF LOCKPORT, NEW YORK, and Others, Appellants.— Judgment affirmed, with costs. Memorandum: The opinion of the official referee indicates that his determination rested largely upon the unreasonable and excessive amount of the fee charged for licenses to peddlers. (*Dugan Bros., Inc.*, v. *Zorn*, 145 Misc. 611.) While we do not reject that theory of the decision, we place as much, if not more, stress upon that feature of the ordinance which attempts to discriminate against outside tradesmen in favor of local merchants. (Gen. Municipal Law, § 85; *People ex rel. Moskowitz* v. *Jenkins*, 202 N. Y. 53; *People* v. *Jarvis*, 19 App. Div. 466.) All concur. (The judgment adjudges an ordinance of the city of Lockport to be unconstitutional and void in an injunction action.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

HAROLD H. CLARK, Appellant, v. ALLEN AMES, Respondent, NINA G. AMES, His Wife, and Others, Defendants.— Order reversed on the law and the facts as matter of discretion and matter remitted to the County Court for a rehearing, with costs to the appellant to abide the event. Memorandum: In review of the inconsistency of the findings as to whether there was or was not a fair and reasonable market value at the date of the foreclosure sale, we have determined to order a rehearing. All concur. (The order denies motion for entry of a deficiency judgment in a mortgage foreclosure action.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

EDWARD DUSCHNIK, by JOSEPHINE DUSCHNIK, His Guardian ad Litem, Respondent, v. DECO RESTAURANTS, INCORPORATED, Appellant.— Judgment affirmed, with costs. All concur, except Edgcomb and Taylor, JJ., who dissent and vote for reversal on the law and dismissal of the complaint. (The judgment awards plaintiff damages for personal injuries sustained by hand becoming caught in a meat grinder.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

CLAUDE STEED, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action to recover under a group insurance certificate.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, Respondent, v. CLIFFORD F. BROPHY, as Executor, etc., of SALVATOR TROY, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to dismiss the complaint in an action to recover the amount due on a bond and mortgage.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

In the Matter of the Judicial Settlement of the Accounts of LENA SCHUNK and ANNA MORBUSCH, as Administratrices with the Will annexed, etc., of SARAH G. OFFERMANN, Deceased.— Decree affirmed, with costs payable out of the estate. All concur. (The decree construes a will in a proceeding to settle the accounts of administratrices.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.